1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   MARC FELDMAN, Cal. Bar. No. 144830
2  THEONA ZHORDANIA, Cal. Bar No. 254428
   333 South Hope Street, 43rd Floor
3  Los Angeles, California 90071-1422
   Telephone:   213.620.1780
4  Facsimile:   213.620.1398

5  Attorneys for Defendant
   CASTLE & COOKE MORTGAGE, LLC.
6

7
               UNITED STATES DISTRICT COURT
8
         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
9

10
   LUIS CABRALES, on behalf of himself        Case No. 1:14-CV-01138--- JLT
11 and all others similarly situated,
                                              **STIPULATION AND ORDER TO
12            Plaintiff,                      EXTEND TIME FOR DEFENDANT
                                              CASTLE & COOKE MORTGAGE,
13       v.                                   LLC TO RESPOND TO PLAINTIFF
                                              LUIS CABRALES' COMPLAINT**
14 CASTLE & COOKE MORTGAGE, LLC,
   a Delaware limited liability company,      (Doc, 6)
15
              Defendant.
16

17

1  Plaintiff Luis Cabrales ("Plaintiff") and Defendant Castle & Cooke
2  Mortgage, LLC ("Defendant"), through their counsel of record, stipulate and agree
3  as follows:
4  WHEREAS, Plaintiff filed this lawsuit against Defendant on July 21, 2014;
5  WHEREAS, the Complaint was served upon Defendant's agent for service of
6  process, XL Corporate Services, Inc., on August 29, 2014;
7  WHEREAS, Defendant's response to the Complaint was due on September
8  19, 2014;
9  WHEREAS, Defendant did not know that it had been served with the
10 Complaint until September 25, 2014; and
11 WHEREAS, Defendant recently retained counsel to represent it in this action
12 and needs additional time to respond to the Complaint;
13 IT IS HEREBY STIPULATED between Plaintiff and Defendant that:
14 Defendant shall have 30 days from September 25, 2014 (the date Defendant
15 learned of the lawsuit), up to and including October 27, 2014, to respond to
16 Plaintiff's Complaint.

Dated: September 26, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Theona Zhordania*
       THEONA ZHORDANIA

Attorneys for Defendant
CASTLE & COOKE MORTGAGE, LLC.

Dated: September 26, 2014

                        DOSTART CLAPP & COVENEY, LLP

                        By       */s/ James F. Clapp*
                                     JAMES F. CLAPP

                              Attorneys for Plaintiff
                                LUIS CABRALES

**ORDER**

Based on the foregoing stipulation, the Court **ORDERS**:

1. The stipulation of counsel (Doc. 6) to allow Defendant Castle & Cooke Mortgage, LLC until October 27, 2014 to file a responsive pleading, is **GRANTED**.

**No further extensions of time will be entertained absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **October 1, 2014**            /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE