JAMES F. CLAPP (145814)
jclapp@sdlaw.com
JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART CLAPP HANNINK & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CABRALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE & COOKE MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 14-CV-01138-MCE-JLT<br><br>**STIPULATION AND ORDER REGARDING PREVIOUSLY PROPOSED FILING DEADLINES** |

Plaintiff Luis Cabrales and defendant Castle & Cooke Mortgage, LLC, by and through their respective counsel, hereby stipulate as follows:

WHEREAS Plaintiff filed this action on July 21, 2014;

WHEREAS Defendant filed a motion to dismiss to the initial complaint on October 27, 2014, and a second motion to dismiss to the First Amended Complaint on December 4, 2014;

WHEREAS on October 31, 2014, the parties filed a Scheduling Conference Report with certain proposed dates (Dkt. No. 12);

WHEREAS in the Scheduling Conference Report, the parties proposed July 31, 2015 as the deadline for filing a motion for class certification;

WHEREAS the Court denied Defendant's motion to dismiss on June 12, 2015 and Defendant's answer is due to be filed by June 28, 2015;

WHEREAS the parties have propounded and responded to written discovery, have exchanged numerous written meet and confer communications; spent dozens of hours meeting and conferring telephonically; Defendant has produced (and plaintiff has reviewed) over a hundred thousand pages of documents; and the parties are currently in the process of scheduling over a dozen depositions, the majority of which are out of state;

WHEREAS the parties need additional time to complete discovery pertaining to the class certification motion and would like to adjust the deadline for filing the motion as follows:

| | |
|---|---|
| Moving papers due by | November 2, 2015 |
| Opposition papers due by | November 30, 2015 |
| Reply papers due by | December 16, 2015 |

IT IS HEREBY STIPULATED between Plaintiff and Defendant that:

1. Any motion for class certification shall be filed by no later than November 2, 2015.

2. Any opposition to the class certification motion shall be filed by no later than November 30, 2015.

3. Any reply brief to the class certification motion shall be filed by no later than December 16, 2015.

IT IS SO STIPULATED.

Dated: June 22, 2015                    DOSTART CLAPP HANNINK & COVENEY, LLP


                                        _____*/s/ Zach P. Dostart*_____
                                        ZACH P. DOSTART
                                        Attorneys for Plaintiff


Dated: June 22, 2015                    SHEPPARD MULLIN RICHTER & HAMPTON, LLP


                                        _____*/s/ Theona Zhordania*_____
                                        MARC J. FELDMAN
                                        THEONA ZHORDANIA
                                        Attorneys for Defendant
                                        CASTLE & COOKE MORTGAGE, LLC

## ORDER

In view of the parties' signed stipulation, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Any motion for class certification shall be filed by no later than November 2, 2015.

2. Any opposition to the class certification motion shall be filed by no later than November 30, 2015.

3. Any reply brief to the class certification motion shall be filed by no later than December 16, 2015.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT