1  JAMES F. CLAPP (145814)
   jclapp@sdlaw.com
2  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
3  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
4  DOSTART CLAPP HANNINK & COVENEY, LLP
   4370 La Jolla Village Drive, Suite 970
5  San Diego, California 92122-1253
   Tel:  858-623-4200
6  Fax: 858-623-4299

7  Attorneys for Plaintiff

8

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   LUIS CABRALES, on behalf of himself and      CASE NO. 1:14-cv-01138-MCE-JLT
13 all others similarly situated,
                                                **STIPULATION AND ORDER**
14              Plaintiff,                       **REGARDING PREVIOUSLY PROPOSED**
                                                **FILING DEADLINES**
15 vs.

16 CASTLE & COOKE MORTGAGE, LLC, a
   Delaware limited liability company,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND ORDER REGARDING                              14-CV-01138-MCE-JLT
PREVIOUSLY PROPOSED FILING DEADLINES

1      Plaintiff Luis Cabrales and defendant Castle & Cooke Mortgage, LLC, by and through

2    their respective counsel, hereby stipulate as follows:

3      WHEREAS Plaintiff filed this action on July 21, 2014;

4      WHEREAS Defendant filed a motion to dismiss to the initial complaint on October 27,

5    2014, and a second motion to dismiss to the First Amended Complaint on December 4, 2014;

6      WHEREAS on October 31, 2014, the parties filed a Scheduling Conference Report with

7    certain proposed dates (Dkt. No. 12);

8      WHEREAS in the Scheduling Conference Report, the parties proposed July 31, 2015 as

9    the deadline for filing a motion for class certification;

10      WHEREAS the Court denied Defendant's motion to dismiss on June 12, 2015 and

11    Defendant answered the First Amended Complaint on June 26, 2015;

12      WHEREAS the parties have propounded and responded to written discovery, have

13    exchanged numerous written meet and confer communications; spent dozens of hours meeting and

14    conferring telephonically; Defendant has produced and plaintiff has reviewed over a hundred

15    thousand pages of documents; and the parties are currently in the process of scheduling over 10

16    depositions, the majority of which are out of state;

17      WHEREAS the parties attended an unsuccessful mediation on July 28, 2015 with Hon.

18    Steven R. Denton (Ret.) of Judicate West;

19      WHEREAS the parties have scheduled a second mediation to be held on October 27, 2015

20    with David A. Rotman, Esq. of Gregorio, Haldeman & Rotman; and

21      WHEREAS the parties need additional time to complete discovery pertaining to the class

22    certification motion and to attend the second mediation and would like to adjust the filing of the

23    class certification motion as follows:

| | |
|---|---|
| 24     Moving papers due by | February 26, 2016 |
| 25     Opposition papers due by | March 29, 2016 |
| 26     Reply papers due by | April 15, 2016 |
| 27     Last day to file dispositive motions | April 29, 2016 |

28

STIPULATION AND ORDER REGARDING           14-CV-01138-MCE-JLT
PREVIOUSLY PROPOSED FILING DEADLINES

1    IT IS HEREBY STIPULATED between Plaintiff and Defendant that:

2    1.    Any motion for class certification shall be filed by no later than February 26, 2016.

3    2.    Any opposition to the class certification motion shall be filed by no later than

4  March 29, 2016.

5    3.    Any reply brief to the class certification motion shall be filed by no later than April

6  15, 2016.

7    4.    All dispositive motions, including any motion for summary judgment, shall be filed

8  by no later than April 29, 2016.

9    5.    The parties are not precluded from requesting additional time before the filing of

10  the aforementioned motions upon a showing of good cause.

11    IT IS SO STIPULATED.

12  Dated: September 9, 2015          DOSTART CLAPP HANNINK & COVENEY, LLP

13

14                                    /s/ Zach P. Dostart
                                      ZACH P. DOSTART
15                                    Attorneys for Plaintiff

16  Dated: September 9, 2015          SHEPPARD MULLIN RICTHER & HAMPTON, LLP

17

18                                    /s/ Theona Zhordania (as authorized on 9/9/2015)
                                      THEONA ZHORDANIA
19                                    Attorneys for Defendant

20

21

22

23

24

25

26

27

28

3

1              ORDER

2        In view of the foregoing Stipulation, and finding good cause therefor,

3        IT IS HEREBY ORDERED that Plaintiff will file any motion for class certification by no

4   later than February 26, 2016, Defendant will file any opposition to the class certification motion

5   by no later than March 29, 2016, and Plaintiff will file any reply brief to the class certification

6   motion by no later than April 15, 2016.   All dispositive motions, including any motion for

7   summary judgment, shall be filed by no later than April 29, 2016.   The parties are not precluded

8   from requesting additional time before the filing of the aforementioned motions upon a showing of

9   good cause.

10        IT IS SO ORDERED.

11   Dated:  September 10, 2015

12

13   _____

14   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER                                                    14-CV-01138-MCE-JLT