1  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
2  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
3  DOSTART HANNINK & COVENEY LLP
   4370 La Jolla Village Drive, Suite 970
4  San Diego, California 92122-1253
   Tel: 858-623-4200
5  Fax: 858-623-4299

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | LUIS CABRALES, on behalf of himself and all others similarly situated, | CASE NO. 1:14-cv-01138-MCE-JLT
   |---|---|
12 | Plaintiff, | **ORDER VACATING DATES**
13 | vs. |
14 | |
15 | CASTLE & COOKE MORTGAGE, LLC, a Delaware limited liability company, |
16 | Defendant. |

On November 23, 2015, the parties filed their Notice of Settlement and Joint Motion to Vacate Discovery and Scheduling Deadlines. (Dkt. No. 38.) In light of the settlement, counsel requested that all pending deadlines be vacated and that a deadline be set for filing a motion for preliminary approval of class action settlement. Good cause appearing, the parties' request is GRANTED. IT IS HEREBY ORDERED:

1. All currently pending deadlines, including the (a) February 26, 2016 deadline for Plaintiff to file a motion for class certification (Dkt. No. 32.); and (b) April 29, 2016 deadline to file dispositive motions (*id.*), are **VACATED**.

2. A motion for preliminary approval of class action settlement shall be filed on or before February 1, 2016

**IT IS SO ORDERED.**

Dated:  December 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT