1  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
2  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
3  DOSTART HANNINK & COVENEY LLP
   4180 La Jolla Village Drive, Suite 530
4  La Jolla, California 92037-1474
   Tel: 858-623-4200
5  Fax: 858-623-4299

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CABRALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE & COOKE MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 14-cv-01138-MCE-JLT<br><br>**STIPULATION AND ORDER REGARDING PREVIOUSLY SET FILING DEADLINE** |

Plaintiff Luis Cabrales and defendant Castle & Cooke Mortgage, LLC, by and through their respective counsel, hereby stipulate as follows:

WHEREAS the parties reached a settlement and filed a Notice of Settlement and Joint Motion to Vacate Dates (Dkt. 38);

WHEREAS the Court entered an Order Vacating Dates on December 11, 2015, which set the deadline of February 1, 2016 to file a motion for preliminary approval (Dkt. 40);

WHEREAS the parties are continuing the negotiate the settlement documents;

WHEREAS parties for both counsel were traveling over the holiday time period; and

WHEREAS the motion for preliminary approval cannot be drafted until the settlement documents are finalized; and

THEREFORE the parties request a 45-day continuance of the filing deadline for the motion for preliminary approval.

IT IS HEREBY STIPULATED between Plaintiff and Defendant that:

1. The motion for preliminary approval shall be filed on or before March 17, 2016.

Dated: January 21, 2016    DOSTART HANNINK & COVENEY LLP

/s/
ZACH P. DOSTART
Attorneys for Plaintiff

Dated: January 21, 2016    SHEPPARD MULLIN RICHTER & HAMPTON, LLP

/s/
THEONA ZHORDANIA
Attorneys for Defedndant

**ORDER**

In view of the parties' Stipulation, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The motion for preliminary approval shall be filed on or before March 17, 2016.

IT IS SO ORDERED.

Dated: January 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT