JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

THEONA ZHORDANIA (254428)
tzhordania@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Tel: (213) 620-1780
Fax: (213) 620-1398

MARC J. FELDMAN (144830)
mfeldman@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Tel: (619) 338-6500
Fax: (619) 234-3815

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CABRALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE & COOKE MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 14-CV-01138-MCE-JLT<br><br>**STIPULATION AND ORDER REGARDING *CY PRES* RECIPIENT** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Luis Cabrales and defendant Castle & Cooke Mortgage, LLC (collectively, the |
| 3 | "Parties"), by their respective counsel, request that the Court enter an order approving the Parties |
| 4 | choice of a *cy pres* recipient and to approve the distribution of the *cy pres* payment to the approved |
| 5 | recipient. In support of this request, the Parties state as follows: |
| 6 | WHEREAS, on March 17, 2016, the Parties entered into a Settlement Agreement (Dkt. No. |
| 7 | 44-3); |
| 8 | WHEREAS, on July 15, 2016, the Court preliminarily approved the class action settlement |
| 9 | (Dkt. Nos. 46 & 47); |
| 10 | WHEREAS, on February 10, 2017, the Court entered the order granting final approval of |
| 11 | the class action settlement and entered judgment (Dkt. Nos. 51-53); |
| 12 | WHEREAS the Parties have been advised by the Claims Administrator (CPT Group, Inc.) |
| 13 | that, pursuant to Section IV.C of the Settlement Agreement (Dkt. No. 44-3), it is ready to distribute |
| 14 | a payment in the amount of $102,943.43 to a *cy pres* recipient, as the remaining funds from the |
| 15 | Settlement Amount by reason of uncashed settlement checks or otherwise ("*Cy Pres* Payment"); |
| 16 | WHEREAS, also pursuant to Section IV.C of the Settlement Agreement, the Parties are to |
| 17 | propose a *cy pres* recipient which is then to be approved by the Court; and |
| 18 | WHEREAS a *cy pres* recipient has not yet been chosen; |
| 19 | NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that: |
| 20 | 1. The Parties agree that Consumer Federation of California should be the *cy pres* |
| 21 | recipient; and |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

2. The Parties agree that the Claims Administrator should distribute the *Cy Pres* Payment to Consumer Federation of California as the *cy pres* recipient.

IT IS SO STIPULATED.

DATED: November 18, 2019  DOSTART HANNINK & COVENEY LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiff

DATED: November 18, 2019  SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ Theona Zhordania (as authorized on 11/18/2019)
THEONA ZHORDANIA
Attorneys for Defendant

### ORDER

The Court, having read and considered the Stipulation Regarding *Cy Pres* Recipient, and finding good cause, hereby orders as follows:

1. The Court approves Consumer Federation of California as the *cy pres* recipient; and

2. The Claims Administrator is ordered to distribute the *Cy Pres* Payment to Consumer Federation of California as the *cy pres* recipient.

IT IS SO ORDERED.

Dated: November 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE